Per curiam.

---

**Bell & Howell Company, appellant, v. George K. Spoor, appellee. Gen. No. 26,433.**

Action for instalments of royalties for patents. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1920. Judgment modified and judgment here. Opinion filed June 9, 1922.

David K. Tone, for appellant. Charles S. Deneen and David Jetzinger, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

---

**Carl E. Johnson, appellee, v. Keystone Oil & Manufacturing Company et al., on appeal of James D. Hawkes, appellant. Gen. No. 26,720.**

Action for personal injuries to a crossing policeman who was struck by an automobile driven by defendant's wife. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Francis E. Croarkin, for appellant. John A. Bloomingston, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.

---

**Kaspar State Bank, appellant, v. Louis S. Goldberg, appellee. Gen. No. 26,778.**

Action upon a check drawn by defendant upon which payment was refused. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. Mazzini Slusser, Judge, presiding. Heard in this court at the March term, 1921. Reversed and remanded. Opinion filed June 26, 1922.

Rathje, Wesemann, Hinckley & Barnard, for appellant. No appearance for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.